WILLIAM J. LOGAN, Appellant, *v.* FIDELITY-PHENIX FIRE
INSURANCE COMPANY OF NEW YORK, Respondent.

*Logan* v. *Fidelity-Phenix Fire Ins. Co.*, 161 App. Div. 404,
affirmed.

(Argued February 8, 1917; decided March 27, 1917.)

APPEAL from a judgment entered March 25, 1914, upon
an order of the Appellate Division of the Supreme Court
in the second judicial department, reversing a judgment
in favor of plaintiff entered upon a verdict and directing
a dismissal of the complaint in an action of conversion.
The complaint alleges that plaintiff, on October 27, 1909,
loaned to the Phenix Insurance Company, predecessor of
defendant, 1,400 shares of the common capital stock of
the American Sugar Refining Company which defendant
agreed to return on demand; that plaintiff, on December
18, 1909, demanded the return of, and that defendant
refused to return the stock, and that defendant converted
said stock, to plaintiff's damage in the sum of $186,200,
with interest from October 27, 1909. The defense was
that the stock was loaned to defendant's president, George
P. Sheldon, as an individual, under a corrupt agreement
between plaintiff and Sheldon to use said stock to deceive
the insurance department by reducing defendant's liabili-
ties through transferring an alleged reinsurance carried
by defendant.

*James M. Gifford* and *John D. Fearhake* for appellant.

*Elihu Root* and *David Rumsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO,
POUND, McLAUGHLIN and ANDREWS, JJ.